|   |   |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | SUMMONS IN A CIVIL ACTION |
| v. | Case Number: |
| STEPHEN E. COOPER, | CV 08 2502 |
| Defendant(s). | SLM |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E-filing

TO: (Name and Address of Defendant)

STEPHEN E. COOPER
1425 Camino Verde
Walnut Creek, CA 94597-2255

YOU ARE HEREBY SUMMONED and required to file with the CLERK OF COURT, United States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

You must also serve your answer upon

PLAINTIFF'S ATTORNEY, MICHAEL COSENTINO, State Bar No. 83253, Attorney at Law, P.O. Box 129, Alameda, CA 94501

(510) 523-4702

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

RICHARD W. WIEKING                    5-20-08
CLERK                                 DATE


BY DEPUTY CLERK